# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD D. JONES, | CASE NO. 1:07-CV-01498-LJO-DLB PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS (DOC. 18) |
| v. | |
| DEE SHAFER, et al., | |
| Defendants. | |

   Plaintiff Sanford D. Jones ("Plaintiff") is a civil detainee in the custody of the California Department of Mental Health.  Plaintiff is civilly detained pursuant to California's Sexually Violent Predators Act ("SVPA").  Cal. Welf. & Inst. Code § 6600.  On February 10, 2010, the Court granted a stay of the proceeding pending completion of Plaintiff's SVPA state civil commitment proceedings.  Doc. 11.  On December 6, 2011, the Court ordered Plaintiff to update the Court as to the status of his SVPA proceedings, within thirty days.  Doc. 17.  Plaintiff did not timely respond, and on January 26, 2012, the Court issued Findings and Recommendations recommending dismissal for failure to obey a court order.  On February 17, 2012, Plaintiff filed his status update.  Doc. 19.  Accordingly, the Court HEREBY ORDERS that the Findings and Recommendations issued January 26, 2012 are vacated.

   IT IS SO ORDERED.

   Dated:   February 27, 2012              /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE

1